■ JAMES MITCHELL & CRYSTAL MITCHELL v. PLATO REALTY CORPORATION.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 25, 1962, with notice of argument for February 6, 1962, said appeal

to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.